UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-8219-MWF(SHx)**                                      Dated: **March 31, 2016**

Title:      Byron Chapman -*v*- Taco Ranchero, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                               None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Status Report filed March 30, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for April 25, 2016 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

IT IS SO ORDERED.

Initials of Deputy Clerk   rs