THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1832-A Capitol Street
Vallejo, CA 94590
Telephone:   (415) 444-5800
Facsimile:   (415) 674-9900
Email:       tfrankovich@disabilitieslaw.com

JS-6

Attorney for Plaintiff
BYRON CHAPMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, <br><br> Plaintiff, <br><br> v. <br><br> TACO RANCHERO, *et al.*, <br><br> Defendants. | CASE NO. 2:14-cv-08219-MWF-PJW <br><br> **ORDER** |

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: April 22, 2016

Hon. Judge Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER**